## MOTION DOCKET

**87–1159.** State v. Van Hook. *Hamilton County*, No. C–850565. On motion to set execution date. Motion granted.

**95–336.** State v. Bilder. *Summit County*, No. 16754. On motion for stay of execution. Motion denied.

Cook, J., not participating.

**95–485.** State ex rel. Ashland Oil Co. v. Indus. Comm. *Franklin County*, No. 93APD11–1594. On motion for stay of execution pending approval of settlement. Motion granted, stay to last only thirty days.

F.E. Sweeney, J., dissents.

## DISCIPLINARY DOCKET

**95–1301.** In re Keith. Pursuant to the provisions of Gov.Bar R. V(5)(A)(3), Jeffrey Carl Keith of Parma, Ohio, Attorney Registration No. 0007885, is indefinitely suspended from the practice of law in the state of Ohio.

## MISCELLANEOUS DISMISSALS

**95–996.** State v. Alls. *Trumbull County*, No. 92–T–4711. This cause is pending before the court as an appeal from the Court of Appeals for Trumbull County. It appears from the records of this court that appellant has not filed a merit brief, due June 28, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*, effective July 10, 1995.

**95–997.** LaGuta v. Anderson. *Richland County*, No. 95–CA–16. This cause is pending before the court as an appeal from the Court of Appeals for Richland County. It appears from the records of this court that appellant has not filed a merit brief, due July 11, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.